UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROOT SOLUTIONS, INC., a Florida Corporation,

          Plaintiff,

-vs-                                        Case No.  2:10-cv-515-FtM-36SPC

BIO TECH NUTRIENTS, LLC., a Foreign Limited
Liability Company authorized to do business in
Florida,

          Defendant.

_____

**ORDER**

This matter comes before the Court on the Plaintiff Root Solutions, Inc. And George Sims' Motion for a Protective Order (Doc. #21) filed on January 27, 2011. The subpoena in question was filed on January 20, 2011, and gave the Plaintiff and Sims fourteen (14) days to produce the requested documentation. The Plaintiff represents that pursuant to M.D. Fla Local Rule 3.01(g), they conferred with the Defendants regarding the instant Motion. Base upon the Plaintiff's certification, the Court will direct the Defendant to file an expedited response to the Motion for a Protective Order.

Accordingly, it is now

**ORDERED:**

The Defendant Bio Tech Nutrients, LLC. shall file an expedited Response in Opposition to the Motion for a Protective Order or a Notice that the Motion is Unopposed on or before **Wednesday, February 2, 2011**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___31st___ day of January, 2011.

*SheriPolsterChappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record