UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROOT SOLUTIONS, INC., a Florida Corporation,

    Plaintiff,

-vs-                                                  Case No. 2:10-cv-515-FtM-36SPC

BIO TECH NUTRIENTS, LLC., a Foreign Limited
Liability Company authorized to do business in
Florida,

    Defendant.
_____

**ORDER**

    This matter comes before the Court on the Plaintiff, Root Solutions, Inc.'s Agreed Motion to Extend Expert Report Disclosure and Discovery Deadlines (Doc. #26) filed on May 6, 2011. The Motion is unopposed by the Defendant.

    The Plaintiff moves to enlarge the deadline for each Party to file its expert report and the discovery deadline by approximately sixty (60) days each. As grounds, the Plaintiff states that they need more time to hire experts and allow time for the experts to develop their opinions. The Plaintiff also states that the Parties have agreed to a mediation date of May 31, 2011. The Plaintiff states that the Parties would be better served to have another month to review the discovery and hold mediation to refine the issues for expert testimony. The Plaintiff's Motion is overreaching. While the Court will allow some extension of time, the requested deadlines are more than is necessary for the Parties to refine their expert reports.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Root Solutions, Inc.'s Agreed Motion to Extend Expert Report Disclosure and Discovery Deadlines (Doc. #26) is **GRANTED**. The Discovery and Expert Report Deadlines are Modified as Follows:

| Disclosure of Experts | Plaintiff: | **June 17, 2011** |
|---|---|---|
| | Defendant: | **July 18, 2011** |
| | Rebuttals: | **August 18, 2011** |
| Discovery Deadline | | **September 15, 2011** |

All other deadlines in the Case Management and Scheduling Order remain the same.

**DONE AND ORDERED** at Fort Myers, Florida, this ___11th___ day of May, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record

-2-